**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00297-CV**
_____

**ENTERGY SERVICES, LLC, Appellant**

**V.**

**DAVID WOOLLEN AND WAYNE HILL, Appellees**

**On Appeal from the 172nd District Court**
**Jefferson County, Texas**
**Trial Cause No. E-202,405**

**ORDER**

On December 16, 2020, the trial court signed an interlocutory order, which identifies a controlling question of law that, if resolved now, may materially advance the ultimate resolution of the lawsuit should this Court decide to grant the request and allow the matter to be argued by interlocutory appeal. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d) (Supp.); *see also* Tex. R. Civ. P. 168. On December 29, 2020, Entergy Services, LLC ("Entergy") asked this Court for permission to appeal the interlocutory order the trial court signed on December 16, 2020. *See* Tex.

1

R. App. P. 28.3(a). The remaining parties in the case, David Woollen and Wayne Hill, did not respond to Entergy's request. *See* Tex. R. App. P. 28.3(f).

The Court grants Entergy's petition seeking review through a permissive appeal of the trial court's December 16, 2020 order. *See* Tex. R. App. P. 28.3(k). We deem the notice of appeal to have been filed as of the date the Court renders this Order. *Id.* The record is due February 8, 2021. The brief of the appellant is due twenty days after the record is filed. *See* Tex. R. App. P. 38.6(a). The appellees' brief is due twenty days after the appellant files their brief. *See* Tex. R. App. P. 38.6(b). The Clerk of the Court shall file a copy of this Order with the trial court's clerk. *See* Tex. R. App. P. 28.3(k).

ORDER ENTERED January 27, 2021.

PER CURIAM

Before Golemon, C.J., Horton and Johnson, JJ.